UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CAMARA,<br><br>    Petitioner,<br><br>    v.<br><br>SAN JOAQUIN COUNTY SUPERIOR COURT,<br><br>    Respondent. | No. 2:18-cv-0592 GGH P<br><br><br><br>ORDER |

On March 26, 2018, this court issued an order directing the District Attorney of San Joaquin County to file a response to the habeas corpus petition filed by petitioner within 21 days of the date of the Order or on or about April 15, 2018. ECF No. 4. No response has been filed.

The District Attorney of San Joaquin County shall show cause within 14 days of this Order why he should not be sanctioned for failing to obey an Order of this Court. A failure to Show Cause or file a response to the petition within the 14 days shall result in a sanction without further notice.

Dated: April 20, 2018

                                                    /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE