UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CAMARA, | No. 2:18-cv-00592 GGH |
| Petitioner, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY SUPERIOR COURT, | |
| Respondent. | |

Petitioner brings this habeas corpus petition pro se and in forma pauperis.

On April 23, 2018 this court issued an Order to Show Cause to the San Joaquin County District Attorney requiring that officer to respond as to why she shouldn't be sanctioned for failure to file a response to the petition or, in the alternative, to file a response within 14 days of the issuance of the Order. ECF No. 6. That Order was satisfactorily responded to on May 3, 2018. ECF No. 8. On the same day Supervising Deputy Attorney General Tami M. Krenzin responded to the petition by way of a Motion to Dismiss wherein she identified Stephanie L. James, Chief Probation Officer of San Joaquin County, as the proper respondent to the petition insofar as she has custody of petitioner. ECF No. 7.

In light of the foregoing IT IS HEREBY ORDERED that:

1. The Order to Show Cause, ECF No. 6, is discharged;

2. The Clerk of the Court shall amend the caption of the Petition by terminating the

1

now named San Joaquin County Superior Court and instead naming Stephanie L. James, Chief Probation Officer of San Joaquin County, as Respondent ; all future filings shall thereafter be so captioned;

    3.    Petitioner shall file an Opposition or Statement of Non-Opposition to the Motion to Dismiss, ECF No. 7, as required by Eastern District of California Local Rule 230(c) within 30 days of the issuance of this Order.

Dated: May 11, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE