UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN CAMARA,

        Petitioner,

    v.

STEPHANIE L. JAMES, Chief Probation Officer of San Joaquin County

        Respondent.

No. 2:18-cv-00592-JAM-GGH

ORDER

      Petitioner appearing pro se filed a petition for a writ of habeas corpus on March 20, 2018. ECF No. 1. He moved to proceed in forma pauperis on March 26, 2018, ECF No. 3, and the court granted that motion on the same date. ECF No. 4.

      On July 5, 2018 the magistrate judge issued an Order with Findings and Recommendations that recommending that the matter be dismissed without prejudice based on the abstention doctrine. ECF No. 10. In his Order the magistrate granted petitioner 14 days to filed written objections to his recommendations and warned that failure to object could waive his right to appeal this district court's Order. Id. at 3:10-15. Petitioner has filed no objections in the permitted time.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304,

1

this court has conducted a de novo review of this case.  Having reviewed the file and the magistrate judge's findings and recommendations the court ADOPTS those Findings and Recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's petition is DISMISSED without prejudice based upon the abstention doctrine;
2. No certificate of appealability shall be issued;
3. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

DATED: August 15, 2018

/s/ John A. Mendez\
UNITED STATES DISTRICT COURT JUDGE